# DISCRIMINATION AND CIVIL RIGHTS COMPLAINT

/ /

**United Stated District Court For The District of Texas**
**Southern Division, Houston Texas**
**515 Rusk Avenue Houston, TX 77002**
**RE: 19-CV-4757**

United States Courts
Southern District of Texas
F I L E D

JAN 14 2020

David J. Bradley, Clerk of Court

TO THE HONORABLE JUDGE AND SAID COURT:

I, **Cleveland Earl Sims Jr.**, am an individual and descendant of African American Slaves citizens of the United States of America. I am submitting this complaint in addition to Civil Action No: **19-CV-4757** respectfully submitted on **12/06/2019**, by Plaintiff, **LEE PERRY**, Attorney Pro Se, P.O. Box 524203, Houston Texas.

This action is brought by me, as an individual and descendant of African American Slaves, for the same reasons stated by LEE PERRY in the case listed above, a violation of Civil Rights, 14th Amendment U.S.C. and the practice of discrimination and denial of rights.

I am asking that my name, **Cleveland Earl Sims Jr.**, be added to the list of recipients due to receive reparation as a descendant of African American Slaves of the United States of America for an amount of $ **5,000,000**. 00.

Respectfully Submitted,

*[signature]*

**Cleveland Earl Sims Jr.**
**3319 Rockrill Dr**
**Houston, TX 77045**
**Harris County**
**281-221-9087**